## ADVENTURE TRAVEL WORLD v. GENERAL MOTORS CORP.

No. 412P92

Case below: 107 N.C.App. 573

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

## BOWSER v. WILLIAMS

No. 425PA92

Case below: 108 N.C.App. 8

Petition by Continental Insurance Company for discretionary review pursuant to G.S. 7A-31 allowed 11 February 1993.

## BURTON v. SAUNDERS

No. 418P92

Case below: 108 N.C.App. 104

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

## CROWELL CONSTRUCTORS, INC. v. N.C. DEPT. OF E.H.N.R.

No. 427P92

Case below: 107 N.C.App. 716

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

## DEALER SUPPLY CO. v. GREENE

No. 438P92

Case below: 108 N.C.App. 31

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.